# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| T.A.N., an individual, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PNI DIGITAL MEDIA, INC.,<br><br>　　　Defendant. | Case No. 1:15-cv-03246-WSD<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tamara A. Nedlouf, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses her claims in this matter without prejudice.

DATED this 3rd day of December, 2015.

        Respectfully submitted,

BY:  */s/ E. Adam Webb*
      E. Adam Webb
       Georgia Bar No. 743910
      G. Franklin Lemond, Jr.
       Georgia Bar No. 141315

WEBB, KLASE & LEMOND, LLC
1900 The Exchange, SE
Suite 480
Atlanta, Georgia 30339
(770) 444-9325
(770) 217-9950 (fax)
Adam@WebbLLC.com
Franklin@WebbLLC.com

*Counsel for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing by uploading a copy to the Court via the CM/ECF system, which will send a copy to the following:

James C. Rawls, Esq.
Baker & Hostetler LLP
1180 Peachtree Street, NE
Suite 1800
Atlanta, GA 30309

Daniel R. Warren, Esq.
Lisa M. Ghannoum, Esq.
Sam A. Camardo, Esq.
Baker & Hostetler LLP
1900 East Ninth Street
Suite 3200
Cleveland, OH 44114

Theodore J. Kobus, III, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

DATED this 3rd day of December, 2015.

*/s/ G. Franklin Lemond, Jr.*
G. Franklin Lemond, Jr.